IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JEFF GERMANY, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:08cv595-WHA |
| ) | (WO) |
| J.A. KELLER, ) | |
| ) | |
| Respondent. ) | |

**OPINION and ORDER**

On July 8, 2010, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 33). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, and for good cause, it is

ORDERED that the Recommendation be and is hereby ADOPTED, the petition for writ of habeas corpus filed by Germany on July 25, 2008, be and is hereby DENIED, and the petition be and is hereby DISMISSED with prejudice.

Done this 28th day of July, 2010.

    /s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE